UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER RICKMAN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:25-cv-00208-RDP-NAD |
| KIMBERLY NEELY, Warden, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On December 11, 2025, the Magistrate Judge entered a Report and Recommendation that the court dismiss this petition for habeas relief as moot because Petitioner Rickman had received the relief she sought, that being placement in prerelease custody. (Doc. 13). The Magistrate Judge advised the parties of their right to file objections to the Report and Recommendation within fourteen days. (Doc. 13 at 5-6).

Because the copy of the Report and Recommendation sent to Petitioner was returned to the court as undeliverable (Doc. 14), the Clerk of Court corrected Petitioner's address and resent the Report and Recommendation. On January 14, 2026, the Report and Recommendation was returned to the court a second time. (Doc. 15).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's findings and **ACCEPTS** the recommendation. Accordingly, this petition for writ of habeas corpus is due to be dismissed without prejudice as moot.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this January 27, 2026.

R. DAVID PROCTOR
SENIOR U.S. DISTRICT JUDGE